UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY D. AMAKER and,
RUHULLAH HIZBULLAH,

               Plaintiffs,

     v.                                                                                   **PRELIMINARY**
                                                                         **INJUNCTION ORDER**
                                                                         06-CV-490S(Sr)

COMMISSIONER GLENN GOORD, et. al.,

               Defendants.

GEORGE FLUELLEN,
               Plaintiff,

    v.
                                                                        06-CV-602S(Sr)
COMMISSIONER GLENN GOORD, et. al.,

               Defendants.

## PRELIMINARY INJUNCTION ORDER

Pursuant to the findings in this Court's December 17, 2007 Decision and Order (Docket No. 114 in 06-CV-490S; Docket No. 32 in 06-CV-602S), and the Reports and Recommendations of the Hon. H. Kenneth Schroeder, United States Magistrate Judge (Docket No. 88 in 06-CV-490S; Docket No. 27 in 06-CV-602S), Plaintiffs' Motions for Injunctive Relief (Docket Nos. 34, 41, and 43 in 06-CV-490S; Docket No. 7 in 06-CV-602S) are Granted to the extent specified in Judge Schroeder's Reports and Recommendations.

IT HEREBY IS ORDERED that Defendants are enjoined from (1) precluding Plaintiffs' attendance at Nation of Islam services and classes on account of Plaintiffs' dreadlocks, and in relation thereto from (2) punishing Plaintiffs for refusing to cut their hair or refusing to change their religious affiliations.

FURTHER, that failure to comply with this Order by any named Defendant, anyone knowingly acting on their behalf or in concert with them, or anyone inducing, directing, aiding, or abetting in any manner, others not to comply with this Order, may be subject to civil and/or criminal contempt proceedings.

FURTHER, that Plaintiffs are not required to give security pursuant to Federal Rule of Civil Procedure 65(c), this Court finding that there has been no showing of a likelihood of harm to the Defendants in the event they are later found to have been wrongfully enjoined.

SO ORDERED.

Dated:   December 18, 2007
         Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        United States District Judge