UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTHONY D. AMAKER,
and
RUHULLAH HIZBULLAH,

                      Plaintiffs,

                                                  ORDER
        v.                                         06-CV-490A

COMMISSIONER GLENN S. GOORD,
et al.,

                      Defendants.

_____

GEORGE FLUELLEN,

                      Plaintiff

        v.

COMMISSIONER GLENN S. GOORD,
et al.,

                      Defendants.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 16, 2012 , Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff Amaker's motions for contempt (Dkt. ##221, 224 and 228) be granted, that sanctions be imposed against defendants in the amount of $19,600 and that the remainder of plaintiff Amaker's motions for contempt (Dkt. ##229, 254, 255, 2823284 & 285), be denied.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties. Although plaintiff initially filed objections to the Magistrate Judge's Report and Recommendation, he subsequently filed a statement with the Court withdrawing those objections (Dkt. #302). Therefore, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff Amaker's motions for contempt (Dkt. ##221, 224 and 228) are granted, the court imposes sanctions against defendants in the amount of $19,600 and the remainder of plaintiff Amaker's motions for contempt (Dkt. ##229, 254, 255, 283, 284 & 285), are denied.

      The case is referred back to Magistrate Judge Schroeder for further proceedings.

    SO ORDERED.

                                        *s/ Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT JUDGE

DATED: October 3, 2012