UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTHONY D. AMAKER,

and

RUHULLAH HIZBULLAH,

                Plaintiffs,

                                                      ORDER
        v.                                              06-CV-490A

COMMISSIONER GLENN S. GOORD,
et al.,

                Defendants.

---

GEORGE FLUELLEN,

                Plaintiff,

        V.

COMMISSIONER GLENN S. GOORD, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 18, 2013, Magistrate Judge Schroeder filed a Report and Recommendation, Dkt. No. 321, recommending that plaintiff's counsel's motion for attorneys fees incurred in the prosecution of the contempt motions be granted and that plaintiffs' attorney Michael Deal be awarded $24,705.00 in attorney fees.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's counsel's motion for attorneys fees incurred in the prosecution of the contempt motions is granted and plaintiffs' attorney Michael Deal is awarded $24,705.00 in attorney fees.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2013