UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY AMAKER,

                                 **Plaintiff,**

                 -vs-                                   06-CV-490Sr

COMMISSIONER GLENN S. GOORD,
et al.,

                              **Defendants.**

## ORDER

The Riverview Correctional Facility is directed to allow a telephone conference between potential witness, Ruhullah Hizbullah (DIN # 99-A-2248), and *pro bono* counsel, Michael S. Deal, DeMarie & Schoenborn, P.C. on Tuesday, September 22, 2015 at 10:00 a.m. (or another mutually agreed upon date and time).

        **SO ORDERED.**

DATED:    Buffalo, New York
               September 16, 2015

                                            *S/ H. Kenneth Schroeder, Jr.*
                                            **H. KENNETH SCHROEDER, JR.**
                                            **United States Magistrate Judge**